| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>GREGORY A. SHOCKLEY | Case No.:  19-27271<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  VFP |

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/06/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **TRUSTEE'S OBJECTION TO DEBTOR(S) APPLICATION FOR RETENTION OF PROFESSIONAL**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Attorney for Debtor(s):
MARSHA M. MOORE
POST POLAK, P.A.
425 EAGLE ROCK AVENUE, SUITE 200
ROSELAND, NJ  07068-7068
Mode of Service: Notice of Electronic Filing (NEF)
Unless non-ECF Attorney then Postage prepaid first class U.S. mail

Dated:  September 06, 2022

By:  /S/  Sheila Alvarado
Sheila Alvarado