Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27271−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gregory A. Shockley
315 W 5th Ave
Roselle, NJ 07203−1141

Social Security No.:
xxx−xx−0962

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/6/22 at 10:00 AM

to consider and act upon the following:

*36* − Application For Retention of Professional Rickey D. Cooper as Realtor Filed by Marsha M. Moore on behalf of Gregory A. Shockley. Objection deadline is 9/9/2022. (Attachments: # 1 Certification of Realtor/Broker Rickey D. Cooper # 2 Proposed Order Approving Retention # 3 Certificate of Service) (Moore, Marsha)

*37* − Document re: Certification of Professional (related document:36 Application for Retention filed by Debtor Gregory A. Shockley) filed by Marsha M. Moore on behalf of Gregory A. Shockley. (Attachments: # 1 Exhibit Listing Agreement) (Moore, Marsha)

*38* − Objection to Application for Retention of Professional (related document:36 Application For Retention of Professional Rickey D. Cooper as Realtor Filed by Marsha M. Moore on behalf of Gregory A. Shockley. Objection deadline is 9/9/2022. (Attachments: # 1 Certification of Realtor/Broker Rickey D. Cooper # 2 Proposed Order Approving Retention # 3 Certificate of Service) filed by Debtor Gregory A. Shockley) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service) (Greenberg, Marie−Ann)

Dated: 9/8/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court