Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−27271−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gregory A. Shockley
  315 W 5th Ave
  Roselle, NJ 07203−1141

Social Security No.:
  xxx−xx−0962

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/6/22 at 10:00 AM

to consider and act upon the following:

*36 −* Application For Retention of Professional Rickey D. Cooper as Realtor Filed by Marsha M. Moore on behalf of Gregory A. Shockley. Objection deadline is 9/9/2022. (Attachments: # 1 Certification of Realtor/Broker Rickey D. Cooper # 2 Proposed Order Approving Retention # 3 Certificate of Service) (Moore, Marsha)

*37 −* Document re: Certification of Professional (related document:36 Application for Retention filed by Debtor Gregory A. Shockley) filed by Marsha M. Moore on behalf of Gregory A. Shockley. (Attachments: # 1 Exhibit Listing Agreement) (Moore, Marsha)

*38 −* Objection to Application for Retention of Professional (related document:36 Application For Retention of Professional Rickey D. Cooper as Realtor Filed by Marsha M. Moore on behalf of Gregory A. Shockley. Objection deadline is 9/9/2022. (Attachments: # 1 Certification of Realtor/Broker Rickey D. Cooper # 2 Proposed Order Approving Retention # 3 Certificate of Service) filed by Debtor Gregory A. Shockley) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service) (Greenberg, Marie−Ann)

Dated: 9/8/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                  Case No. 19-27271-VFP

Gregory A. Shockley                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gregory A. Shockley, 315 W 5th Ave, Roselle, NJ 07203-1141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 20:47:26 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Bayview Loan Servicing  LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Federal National Mortgage Association (FANNIE MAE) c/o Community Loan Servicing  LLC fka Bayview |

District/off: 0312-2                            User: admin                                    Page 2 of 2
Date Rcvd: Sep 08, 2022                        Form ID: ntchrgbk                              Total Noticed: 2

                          Loan Servicing, LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Marie-Ann Greenberg

                          magecf@magtrustee.com

Marsha M. Moore

                          on behalf of Debtor Gregory A. Shockley mmoore@postpolak.com  mooremr81075@notify.bestcase.com

Richard Gerbino

                          on behalf of Creditor Federal National Mortgage Association (FANNIE MAE) c/o Community Loan Servicing  LLC fka Bayview
                          Loan Servicing, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee

                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7