UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marsha M. Moore, Esq. 043101997
Post Polak, P.A.
425 Eagle Rock Avenue, Suite 200
Roseland, New Jersey 07068
Tel: (973) 228-9900
Fax: (973) 994 1705
Attorneys for Debtor

Order Filed on October 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gregory A. Shockley,

Debtor.

| | |
|---|---|
| Case No.: | 19-27271-VFP |
| Chapter: | 13 |
| Judge: | Vincent F. Papalia |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: October 21, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of  Marsha M. Moore, Esq., attorney for debtor  for the reduction of time for a hearing on  Notice of Debtor's Motion for an Order Allowing Sale of Debtor's Real Property  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  November 3, 2022  at  10:00am  in the United States Bankruptcy Court,  50 Walnut Street, Newark, NJ 07102 , Courtroom No.  3B .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Bayview Financial Loan and its counsel, if known; prospective buyer and their counsel, if known; any other secured creditor and their counsel, if known

by ⎯ each,   any of the following methods selected by the Court:

    fax,  ⎯ overnight mail,   regular mail,  ⎯ email, (if available)   hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: all other creditors or their counsel; The Chapter 13 Standing Trustee and any other party having filed a Notice of Appearance in the case

by    each, ⎯ any of the following methods selected by the Court:

    fax,    overnight mail,  ⎯ regular mail,  ⎯ email,   hand delivery.

4. Service must be made:

    on the same day as the date of this order, or

    within  1  day(s) of the date of this Order.

5. Notice by telephone:

    ⎯ is not required

    must be provided to _____

    on the same day as the date of this Order, or

    within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    must be filed with the Court and served on all parties in interest by electronic or overnight mail

    \_\_\_\_2\_\_\_\_ day(s) prior to the scheduled hearing; or

    may be presented orally at the hearing.

8.   | Court appearances are required to prosecute the motion/application and any objections.

    | Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-27271-VFP

Gregory A. Shockley     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Oct 21, 2022     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gregory A. Shockley, 315 W 5th Ave, Roselle, NJ 07203-1141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Bayview Loan Servicing LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Federal National Mortgage Association (FANNIE MAE) c/o Community Loan Servicing LLC fka Bayview Loan Servicing, LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marsha M. Moore | on behalf of Debtor Gregory A. Shockley mmoore@postpolak.com mooremr81075@notify.bestcase.com |
| Richard Gerbino | on behalf of Creditor Federal National Mortgage Association (FANNIE MAE) c/o Community Loan Servicing LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Oct 21, 2022 Form ID: pdf903 Total Noticed: 1
TOTAL: 7