UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Case No.:        _____

Chapter:        _____

In Re:                                    Adv. No.:        _____

Hearing Date:        _____

Judge:        _____

### CERTIFICATION OF SERVICE

1.  I, _____ :

☐ represent _____ in this matter.

☐ am the secretary/paralegal for _____, who represents

_____ in this matter.

☐ am the _____ in this case and am representing myself.

2.      On _____, I sent a copy of the following pleadings and/or documents

to the parties listed in the chart below.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service

indicated.

Date:    _____        _____

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# POST POLAK, P.A.

### COUNSELLORS AT LAW

JOHN N. POST
FREDERICK B. POLAK ✦
ROBERT A. GOODSELL
DAVID L. EPSTEIN
STEVEN C. ROTHER
DOUGLAS J. SHERMAN *
CLYDE L. OTIS III *
MARSHA M. MOORE *
SIOBHAN BEERE *
KATHRYN A. KOPP *

PAUL D. STRAUCHLER (1951-2018)

425 EAGLE ROCK AVENUE – SUITE 200
ROSELAND, NEW JERSEY   07068-1717

(973) 228-9900
FAX (973) 994-1705

www.postpolak.com
**Writer's Email: mmoore@postpolak.com**

REPLY TO ROSELAND OFFICE

NEW YORK OFFICE
SUITE 1006
575 MADISON AVENUE
NEW YORK, NY  10022

(212) 486-1455

COUNSEL
IRENE KIM ASBURY
WILLIAM D. SANDERS *
AMANDA C. WOLFE ✦

OF COUNSEL
ELLEN C. KIM ▶
JERRY FISCHER
ANNE L.H. STUDHOLME
SCOTT H. NOVAK *
J. WESLEY GEISELMAN
BAYE ADOFO WILSON

*  NJ AND NY BAR
✦  NJ, NY AND FL BAR
▶  NY BAR ONLY

October 21, 2022

**VIA E-MAIL & OVERNIGHT MAIL**

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Federal National Mortgage Association
c/o Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

David B. Joyandeh, Esq.
Buckalew Frizzell & Crevina
55 Harristown Road
Glen Rock, NJ 07452

Nathan Weiss
659 Bedford Avenue
Brooklyn, NY 11211

RE:    **Gregory A. Shockley – Chapter 13 Bankruptcy**
       **Case No.: 19-27271-VFP**
       **Motion to Sell Property**
       **Property: 315 W. 5th Avenue, Roselle**
       **Post Polak File No.  7088.00001**

Dear Sir/Madam:

This firm represents Gregory A. Shockley in connection with the above-referenced Motion to Sell the above Property. Enclosed please find filed Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice and related documents. The hearing is scheduled  on November 3, 2022 at 10:00 am.

Please be guided accordingly.

Very truly yours,

POST POLAK, P.A.

Marsha M. Moore

MMM/bah
Enclosures
cc:    See Attached List (via Regular Mail)

{01097480.1}

Marie-Ann Greenberg, Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004

Midland Funding, LLC
PO Box 2011
Warren, MI 48090

Rickey D. Cooper
Realty Executives Exceptional Realtors
271 US Highway 46, Bldg. 101
Fairfield, NJ 07004
iloveclosingforyou@gmail.com

Tovia Lichtman
Nationwide Home Realty LLC
116 Village Blvd.
Princeton, NJ 08540
tovialicht@gmail.com

Pressler Felt & Warshaw, LLP
7 Entin Road
Parsippany, NJ 07054

Lincoln Automotive Financial Services
Attn: Bankruptcy
P.O. Box 542000
Omaha, NE 92108

Online Collections
Attn: Bankruptcy
P.O. Box 1489
Winterville, NC 28590

Ford Motor Credit Company LLC
Dept. 55953
PO Box 55000
Detroit, MI 48255-0953

{01097480.1}