UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marsha M. Moore, Esq. (043101997)
Post Polak, P.A.
425 Eagle Rock Avenue, Suite 200
Roseland, New Jersey 07068
Tel: (973) 228-9900
Fax: (973) 994-1705
Attorneys for the Debtor

Order Filed on November 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gregory A. Shockley

11/3/2022

Chapter:    13

Judge:    Vincent F. Papalia

## ORDER APPROVING SALE OF DEBTOR'S REAL PROPERTY;

| Recommended Local Form: | ☐ Followed | ☒ Modified |

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED.**

**DATED: November 4, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

{01079872.5}

**Debtor:**   GREGORY A. SHOCKLEY
**Chapter 13**   |   **Case No. 19-27271-VFP**
**Caption of Order:**   **ORDER APPROVING SALE OF DEBTOR'S REAL PROPERTY**

This matter having been opened to the Court by Marsha M. Moore, Esq. of Post Polak, P.A. attorney for Debtor, Gregory A. Shockley, (the Debtor"), upon the filing of Debtor's Motion (the "Motion" ) to Approve Sale of Real Property commonly known as 315 West 5th Avenue, Roselle, New Jersey (the "Real Property"); and a copy of the Motion having been served upon affected creditors and the Chapter 13 Trustee; and the Court having considered the submissions of the parties, and for good cause shown;

**IT IS** hereby **ORDERED** as follows:

1.   The Debtor is authorized to sell the Real Property on the terms and conditions of the Contract of Sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.   The proceeds of the sale must be used to satisfy the liens on the Real Property unless the liens are otherwise avoided by court order. Until such satisfaction the Real Property is not free and clear of liens.

3.   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of Professional: | Rickey D. Cooper<br>Realty Executives Exceptional<br>271 US 46 W. G-101<br>Fairfield, NJ 07040 |
| Amount to be paid: | 2% of the purchase price plus $200 listing fee |
| Services rendered: | Listing/Seller's Agent |
| Name of Professional: | Tovia Lichtman<br>Nationwide Homes Realty LLC<br>116 Village Blvd.<br>Princeton, NJ 08540 |

Case 19-27271-VFP    Doc 57    Filed 11/04/22    Entered 11/04/22 15:56:43    Desc Main
Document    Page 3 of 3

**Debtor:**     GREGORY A. SHOCKLEY
**Chapter 13**   |     Case No. **19-27271-VFP**
**Caption of Order:**     **ORDER APPROVING SALE OF DEBTOR'S REAL PROPERTY**

| | |
|---|---|
| Amount to be paid: | 2% of the purchase price less $200 listing fee |
| Services rendered: | Buyer's Real Estate Agent |

4. Any fees owed to Debtor's Counsel, Post Polak, P.A. must be held in trust by the Buyer's attorney or title company pending a Fee Application by Debtor's Counsel being filed with and approved by the Bankruptcy Court.

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of the sale and adjustments to the price as provided for in the Contract of Sale may be made at closing.

6. The balance due on the Debtor's Chapter 13 Plan must be paid to the Chapter 13 Trustee in the Debtor's case. The balance to proceeds to be paid to Debtor and co-owner, Sheila Shockley.

7. A copy of the Seller's Closing Disclosure must be forwarded to the Chapter 13 Trustee within 7 days after closing.