

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 JAN 19 P 2: 16

JEANNE A. ~~~~~~~~

BY: _____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:

Gregory A Shockley,

Debtor.

_____/

Case No. 19-27271
Chapter 13

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM # 2

**NOW COMES** Creditor, Midland Credit Management, Inc., and hereby provides notice that the Proof of Claim # 2 filed on 11/07/2019 in the amount of $1,453.97 has been satisfied.

Respectfully submitted:

**Angela Walmsley on behalf of Midland Credit Management, Inc.**

/s/ Angela Walmsley
Lead Banktruptcy Specialist
PO Box 2037
Warren, MI 48090
(877) 495-2909
bankruptcydm@mcmcg.com

Dated: 1/10/23